# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA
### SOUTHWESTERN DIVISION

| | |
|---|---|
| United States of America, for the use and benefit of Lockett Construction, Inc., and Lockett Construction, Inc., a Washington corporation,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>Weis Builders, Inc., a Minnesota corporation, and St. Paul Fire and Marine Insurance Company, a foreign corporation (Bond No. 400JR0471),<br><br>　　　　　　Defendants. | **ORDER ADOPTING STIPULATION**<br><br>Case No. A1-05-0109 |

　　　　Before the Court is the parties' "Stipulation and Order for Stay of Proceedings Pending Arbitration" filed on November 28, 2005. The Court **ADOPTS** the stipulation. (Docket No. 5). The Clerk of Court is directed to administratively close this file. The parties may petition the Court to reopen this matter in accordance with the terms of the stipulation.

　　**IT IS SO ORDERED.**

　　Dated this 29th day of November, 2005.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Daniel L. Hovland, Chief Judge
　　　　　　　　　　　　　　　　　　　　United States District Court