# United States District Court

## *District of North Dakota*

**Southwestern Division**

United States of America, for the use and benefit of Lockett Construction, Inc., and Lockett Construction, Inc., a Washington corporation,

Plaintiffs,

vs.

Weis Builders, Inc., a Minnesota corporation, and St. Paul Fire and Marine Insurance Company, an foreign corporation (Bond No. 400JR0471),

Defendants.

AMENDED
JUDGMENT IN A CIVIL CASE

Case Number: 1:05-cv-109

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Decision on Motion.** This action came before the Court on motion. The issues have been considered and a decision rendered.

■ **Stipulation.** This action came before the Court on motion of the parties. The issues have been resolved.

☐ **Dismissal.** This action was voluntarily dismissed by Plaintiff pursuant to Rule 41(a)(1)(ii), F.R.Civ.Pro.

**IT IS ORDERED AND ADJUDGED**

The Court ADOPTS the parties Stipulation of Dismissal and ORDERS that the case be dismissed with prejudice, with each side paying its own attorney fees and costs.

August 10, 2006
*Date*

s/Edward J. Klecker
*Clerk*

/s/ Lisa Carney
*(By) Deputy Clerk*